**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SIMON SOLOMON, | ) |
| | ) |
| Plaintiff, | ) No. 17-cv-6144 |
| | ) |
| v. | ) Judge Dow |
| | ) |
| THE COOK COUNTY BOARD OF | ) |
| COMMISSIONERS, et al., | ) |
| | ) |
| Defendants. | ) |

NOTICE OF PRESENTMENT

Pursuant to LR 5.3 Plaintiff presents this notice of presentment specifying the date and time on which, and judge before whom the motion is to be presented as set forth below.

1. Motion Type: Plaintiff's Fee motion.

2. Date and time of Presentment: 10/25/2021 at 9:15 A.M.

3. Judge: The Honorable Judge Robert M. Dow Jr.

4. Location: Room 2303 at 219 South Dearborn Street Chicago, IL 60604

I hereby certify that on 10/13/2021 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/S/ Ilia Usharovich
Ilia Usharovich, Attorney,
224 S. Milwaukee Avenue Suite
G Wheeling, Illinois 60090
Telephone: (847)-264-0435
Fax: (224)-223-8079
Email:ilia@usharolaw.com

1