## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Simon Solomon

                         Plaintiff,

v.                                                    Case No.: 1:17−cv−06144
                                                      Honorable Robert M. Dow Jr.

Lisa Madigan, et al.

                         Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 26, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. For the reasons discussed on the record, Plaintiff's motion for entry of an order allowing costs [125] and motion for attorney fees [127] are entered and continued to 3/3/2022 at 9:30 a.m. Participants should use the Court's toll−free, call−in number 877−336−1829, passcode is 6963747. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.