**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SIMON SOLOMON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17 cv 6144 |
| | ) | |
| v. | ) | Judge Robert M. Dow |
| | ) | |
| THE COOK COUNTY BOARD OF COMMISIONERS, et al., | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   ALL PARTIES OF RECORD

    **PLEASE TAKE NOTICE** that on **March 11, 2022, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear telephonically before the Honorable Judge Robert M. Dow or whomever may be sitting in his stead, and present **Intervenor-Defendant's Motion For An Extension Of The Stay Of Enforcement Of This Court's September 13, 2021 Order.**

    Respectfully submitted,

KWAME RAOUL
*Attorney General*
*State of Illinois*

/s/ Hal Dworkin
HAL B. DWORKIN
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-5159
Hal.Dworkin@ilag.gov