**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Simon Solomon

                Plaintiff,

v.                                             Case No.: 1:17−cv−06144
                                             Honorable Robert M. Dow Jr.

Lisa Madigan, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 3, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: For the reasons stated on the record, Intervenor−Defendant's motion for extension of stay of enforcement of the Court's September 13, 2021 order [130] is granted to and including June 7, 2022. Oral motion of Cook County Forest Preserve District Defendants to join motion to stay is also granted. A joint status report is due upon the earlier of (a) the Governor's signature enacting into law HR4296 or similar legislation or (b) sixty days after the last day of the 2022 legislative session. Plaintiff's motions for costs and attorneys fees [125, 127] are entered and continued to the next status hearing and counsel are requested to try to reach a negotiated resolution to those motions. If counsel would like a referral to Magistrate Judge Finnegan, they may contact the Courtroom Deputy at any time. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.