IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SIMON SOLOMON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17 cv 6144 |
| | ) | |
| v. | ) | Judge Robert M. Dow |
| | ) | |
| THE COOK COUNTY BOARD OF COMMISIONERS, et al., | ) ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Now come Plaintiff, Defendant, and Intervenor-Defendant, by and through their attorneys, Ilia Usharovich, the Cook County State's Attorney, and the Office of the Illinois Attorney General respectively, and for the status report of June 7, 2022 as ordered by the Court, state as follows:

1. The 2022 legislative session of the General Assembly concluded without the passage of an amendment to Section 65(a)(14) of the Illinois Concealed Carry Act.

2. The parties are currently discussing the possibility of resolving Plaintiff's motion for attorney's fees without court intervention.

Respectfully Submitted,

*s/ Hal B. Dworkin*
Hal Dworkin
Illinois Attorney General's Office
100 W. Randolph St., 13th Floor
Chicago, IL 60601
hal.dworkin@ilag.gov
*Attorney for Intervenor-Defendant*

*s/ Ilia Usharovich*
Ilia Usharovich, Attorney At Law
224 S. Milwaukee Ave
Suite G
Wheeling, IL 60090
ilia@usharolaw.com
*Attorney for Plaintiff*


*s/ Jessica Megan Scheller*
Jessica Megan Scheller
Office of the Cook County State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
jessica.scheller@cookcountyil.gov
*Attorney for Defendants*