# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Simon Solomon

                Plaintiff,

v.                                                  Case No.: 1:17−cv−06144
                                                Honorable Robert M. Dow Jr.

Lisa Madigan, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 13, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Telephone conference held. Parties report that they have reached an agreement on the issue of attorneys' fees. Therefore, this case is dismissed without prejudice and with leave to reinstate by 1/9/2023. If no motion to reinstate is filed, the dismissal will automatically be converted to a dismissal with prejudice, with no further action required by the parties or the court. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.