**From:** **JESSICA SCHELLER (States Attorney)** JESSICA.SCHELLER@cookcountyil.gov
**Subject:** FW: Solomon Fees
**Date:** December 12, 2022 at 12:37 PM
**To:** Ilia Usharovich ilia@usharolaw.com

Hi Ilia:

We are still working on getting you docs today.

Jessica M. Scheller

Chief; Advice, Business & Complex Litigation Division - Civil Actions Bureau
Cook County State's Attorney
500 Richard J. Daley Center Place, 5th Floor
312.603.6934
Jessica.Scheller@cookcountyil.gov

**From:** JESSICA SCHELLER (States Attorney)
**Sent:** Friday, December 9, 2022 10:53 AM
**To:** ilia usharolaw.com <ilia@usharolaw.com>
**Subject:** Re: Solomon Fees

Ilia:

I am so sorry - this slipped through the cracks. I will have it to you by noon on Monday.

Jessica M. Scheller
Chief; Advice, Business & Complex Litigation Division - Civil Actions Bureau
Cook County State's Attorney
500 Richard J. Daley Center Place, 5th Floor
312.603.6934
Jessica.Scheller@cookcountyil.gov

> On Dec 9, 2022, at 11:34 AM, ilia usharolaw.com <ilia@usharolaw.com> wrote:

> **External Message Disclaimer**
>
> This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

HI, I have not received any settlement agreement. Please advise in that I will be filing a motion to reinstate the case and asking for fees.

> On Aug 16, 2022, at 8:35 PM, ilia usharolaw.com <ilia@usharolaw.com> wrote:
>
> Okay. Thank you.
>
>> On Aug 16, 2022, at 3:03 PM, JESSICA SCHELLER (States Attorney) <JESSICA.SCHELLER@cookcountyil.gov> wrote:
>>
>> Hi Ilia:
>>
>> I have someone drafting an agreement for you. Please look for something by weeks end.
>>
>> Jessica M. Scheller
>> Chief; Advice, Business & Complex Litigation
>> Division - Civil Actions Bureau
>> Cook County State's Attorney
>> 500 Richard J. Daley Center Place, 5th Floor
>> 312.603.6934
>> Jessica.Scheller@cookcountyil.gov
>>
>>> On Aug 16, 2022, at 2:40 PM, ilia usharolaw.com <ilia@usharolaw.com> wrote:
>>>
>>> **External Message Disclaimer**
>>>
>>> This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.
>>>
>>> Hello, this email is for the county since the state has already sent releases and paperwork and is more or less in the process of cutting a check. I am

process of cutting a check. I am wondering why the county has not communicated with plaintiff's counsel in any way as to the attorney fees that are due to the Plaintiff. Please advise.

Ilia Usharovich, Attorney
224 S. Milwaukee Avenue Suite E
Wheeling, Illinois 60090
Telephone: 847-264-0435
Fax: 224-223-8079
Email:ilia@usharolaw.com
