FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SIMON SOLOMON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17-cv-6144 |
| | ) | |
| v. | ) | Judge Dow |
| | ) | |
| THE COOK COUNTY BOARD OF COMMISSIONERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO REINSTATE**

On December 13, 2022, Plaintiff filed his Motion to reinstate, Dkt. No. 136. Plaintiff now files this Notice to inform the Court that he is withdrawing his previously filed Motion to reinstate in that Counsel for the County Defendant's has obtained the check for the fees due and will provide such check today to Plaintiff. Pursuant to Judge Dow's Orders, Docket 135, no motion to reinstate is now necessary, the dismissal should automatically be converted to a dismissal with prejudice, with no further action required by the parties or the court

/s/ Ilia Usharovich
Ilia Usharovich, Attorney at Law
212 S. Milwaukee Ave Suite E
Wheeling, Illinois 60090
Telephone: 847-264-0435
Facsimile: 224-223-8079
Attorney Number: 6302193

One of the Attorneys for Plaintiff